IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW CARPENTER and CHERYL FOWLER, | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) No. 1:23-cv-00102 ) JURY DEMAND |
| TV DIRECT, LLC; WALMART, INC.; and AS SEEN ON TV, INC., | ) ) ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Defendant Walmart, Inc. hereby gives notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: Matthew Carpenter and Cheryl Fowler v. TV Direct, LLC; Walmart Inc.; and As Seen On TV, Inc.., No. V-23-215, in the Circuit Court for Bradley County, Tennessee.

This is a suit of wholly civil nature filed in Tennessee state court. The action is pending in the Circuit Court for Bradley County, Tennessee. Under 28 U.S.C.A. §§ 123(a)(3) and 1441(a), the United States District Court for the Eastern District of Tennessee, Southern Division, is a proper forum for removal.

This Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000. The complaint seeks judgment against the defendants "in the amount not to exceed $1,000,000.00." Plaintiffs are citizens and residents of Bradley County, Tennessee.

Walmart Inc. is and was both at the time plaintiff's complaint was filed and at the time that this is matter being removed to this Court a corporation organized and existing under the laws of the

State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No publicly traded entity owns more than 10% of Walmart Inc. The principal place of business for Walmart Inc. is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

The Defendant Walmart Inc. was served with process on March 30, 2023. Copies of the summons and complaint are attached as Exhibits A and B, respectively. Fewer than thirty days have expired since service of process on Defendant Walmart Inc. This Notice of Removal is timely filed as set forth in 28 U.S.C. §1446(b).

Defendant TV Direct, LLC is a New York limited liability company with a principal place of business in New York, New York. Defendant TV Direct, LLC has been served with process. A copy of the summons is attached as Exhibit C. Defendant TV Direct, LLC. has consented to the removal of this matter to federal court.

Upon information and belief, Defendant As Seen On TV, Inc. is a Florida corporation with a principal place of business in Florida. Upon information and belief, Defendant As Seen On TV, Inc. has not been served with process. As of 4/25/23, there has been no return on service for Defendant As Seen On TV, Inc. filed with the Circuit Court for Bradley County, Tennessee. Because Defendant As Seen On TV, Inc. has not been served, its consent to the removal is not required pursuant to 28 U.S.C. § 1446(b)(2)(A).

WHEREFORE, Defendant Walmart, Inc. hereby gives notice of the removal of this action pending in the Circuit Court for Bradley County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Southern Division, and requests that the proceedings be held thereon.

/s/ Elle G. Kern
G. Andrew Rowlett, No. 16277
Elle G. Kern, No. 34301
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 3720
#615/244-3370
arowlett@howell-fisher.com
ekern@howell-fisher.com
*Attorneys for Defendant*
*Walmart, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court and was served by U.S. Mail, postage prepaid, upon:

Matthew G. Coleman
James F. Logan
LOGAN - THOMPSON, P.C.
30 2nd Street NW
P. O. Box 191
Cleveland, TN 37364-0191
*Attorneys for Plaintiffs*

Gregory Brown
Louise Aponte
Lowe, Yeager & Brown
900 S. Gay Street, Suite 2102
Knoxville, TN 37902
*Attorney for Defendant TV Direct, LLC*

As Seen On TV, Inc.
c/o Registered Agent
Robert Greenstone
22851 Harrow Wood Ct.
Boca Raton, FL 33433

this the 27th day of April, 2023.

/s/ Elle G. Kern